# EXHIBIT "B"

# USHERWOOD OFFICE TECNOLOGY

July 16, 2024

### CERTIFICATION OF ASSIGNMENT

This Certification of Assignment is executed and delivered by Usherwood Office Technology who entered into a certain Lease Agreement 0707007-002 with The College of Saint Rose signed by the customer on or about 7-30-2020, a copy of which is attached hereto as Exhibit A (The Lease).

Usherwood Office Technology. hereby certifies that it has sold assigned the leases, and the equipment covered thereby, to Canon Financial Services, Inc. in accordance with the terms and conditions Agreement.

**USHERWOOD OFFICE TECHNOLOGY**

Signature: _[signature]_

Printed Name: Andrew Flamik

Title: CFO