**FLEISCHER, FLEISCHER & SUGLIA, P.C.**
Nicola G. Suglia, Esquire
**Allison L. Domowitch, Esquire**
**Four Greentree Centre**
**601 Route 73 Noth, Suite 305**
**Marlton, NJ 08053**
**(856) 489-8977**
**Attorneys for Plaintiff**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANON FINANCIAL SERVICES, INC. )<br>)<br>Plaintiff,  )<br>)<br>v.   )<br>)<br>)<br>THE COLLEGE OF SAINT ROSE  )<br>)<br>)<br>Defendant.  ) | Case No. 1:24-cv-00965-DNH-DJS |

### STIPULATION AND ACKNOWLEDGEMENT OF SERVICE

Service of Plaintiff's Complaint directed to Defendant The College of Saint Rose in this matter is hereby acknowledged and accepted on this 15th day of August 2024 by Nicholas Faso, Esquire, attorney for said Defendant and the parties agree that Defendant shall have until September 23, 2024 to respond to Plaintiff's Complaint in this case.

*/s/ Allison L. Domowitch*                                   */s/ Nicholas Faso*
Allison L. Domowitch, Esquire                          Nicholas Faso, Esquire
Attorney for Plaintiff                                          Attorney for Defendant

N:\Clients\Canon\The College of Saint Rose\Service\Acknowledgement of Service.doc